**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. | Debtor's name | **CHAPIN DAIRY, LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **Chapin Family Dairy** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **84-1294128** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **8244 Highway 144**<br>**Weldona, CO 80653** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Morgan** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)  _____

6. Type of debtor

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **CHAPIN DAIRY, LLC**                                          Case number (*if known*) _____
         Name

**7.   Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.

   ____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

|          | District | When | Case number |
|----------|----------|------|-------------|
| District | _____ | When _____ | Case number _____ |
| District | _____ | When _____ | Case number _____ |

Debtor   **CHAPIN DAIRY, LLC**                                    Case number (*if known*) _____
         Name

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | _____ | Relationship | _____ |
| District | _____ When _____ | Case number, if known | _____ |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
         Contact name   _____
         Phone          _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**   .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **CHAPIN DAIRY, LLC**                                          Case number (*if known*)
          Name

☐ $50,001 - $100,000              ■ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000            ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million          ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | **CHAPIN DAIRY, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **July 24, 2023**
               MM / DD / YYYY

**X** **/s/ A. Foy Chapin**                              **A. Foy Chapin**
Signature of authorized representative of debtor            Printed name

Title    **Manager**

**18. Signature of attorney**

**X** **/s/ Jeffrey A. Weinman**               Date   **July 24, 2023**
Signature of attorney for debtor                        MM / DD / YYYY

**Jeffrey A. Weinman 7605**
Printed name

**Allen Vellone Wolf Helfrich & Factor, P.C.**
Firm name

**1600 Stout Street**
**1900**
**Denver, CO 80202**
Number, Street, City, State & ZIP Code

Contact phone   **303-534-4499**      Email address   **jweinman@allen-vellone.com**

**7605 CO**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **CHAPIN DAIRY, LLC**

United States Bankruptcy Court for the:  DISTRICT OF COLORADO

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:     Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$4,121,844.30** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$8,434,299.34** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$9,612,498.55** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor   **CHAPIN DAIRY, LLC**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  **ABS Global, Inc.** **Box 22144** **Network Place** **Chicago, IL 60673** | 5/5/23 - $18,000.00 6/28/23 - $18,000.00 | $36,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.2.  **Aden Brook** **P.O. Box 217** **Montgomery, NY 12549** | 7/11/23 - $7,993.10 | $7,993.10 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.3.  **Agfinity, Inc.** **4065 St. Cloud Drive** **Suite 100** **Loveland, CO 80538** | 5/04/23 - $27,070.40 5/05/23 - $32,089.00 5/15/23 - $22,420.00 5/21/23 - $32,751.00 5/28/23 - $31,819.40 6/05/23 - $28,616.00 6/16/23 - $40,833.20 6/27/23 - $26,108.80 6/30/23 - $24,732.80 5/21/23 - $32,751.00 5/28/23 - $31,819.40 6/05/23 - $28,616.00 6/09/23 - $5,148.80 | $266,440.60 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.4.  **Agricultural Products Extension, LLC** **APEX** **P.O. Box 74510** **Cleveland, OH 44194** | 5/19/23 - $9,340.02 5/23/23 - $10,123.20 6/15/23 - $19,340.10 6/23/23 - $17,471.33 7/07/23 - $17,325.72 | $73,600.37 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.5.  **American AgCredit** **Capital Markets Branch** **5560 S. Broadway** **Eureka, CA 95503** | 4/24/23 - $2,562.16 5/22/23 - $2,562.16 6/19/23 - $2,562.16 | $7,686.48 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

Debtor   **CHAPIN DAIRY, LLC**                                              Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.6.  **Anthem Blue Cross & Blue Shield**<br>**P.O. Box 51011**<br>**Los Angeles, CA 90051** | 5/01/23 -<br>$9,696.45<br>5/29/23 -<br>$9,696.45<br>6/25/23 -<br>$9,948.49 | $29,341.39 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7.  **Bath, Keith**<br>**16134 MCR 22**<br>**Fort Morgan, CO 80701** | 5/04/23 -<br>$45,318.67<br>5/19/23 -<br>$55,000.00<br>6/06/23 -<br>$48,242.87<br>6/15/23 -<br>$45,000.00<br>7/03/23 -<br>$35,925.90<br>7/12/23 -<br>$17,000.00<br>7/14/23 - $<br>8,500.00<br>7/17/23 -<br>$45,547.28<br>7/17/23 -<br>$17,000.00<br>7/19/23 -<br>$17,000.00<br>6/15/23 -<br>$45,000.00 | $334,534.72 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8.  **Baugh, David**<br>**25192 County Road 4**<br>**Weldona, CO 80653** | 5/01/23 -<br>$17,066.00 | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.9.  **CHS High Plains**<br>**P.O. Box 184**<br>**Yuma, CO 80759** | 5/02/23 -<br>$42,958.95<br>5/18/23 -<br>$31,910.68<br>7/07/23 -<br>$17,660.39 | $92,530.02 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10.  **Dairy Specialists, LLC**<br>**3309 Empire Street**<br>**Evans, CO 80620** | 6/22/23 - $<br>2,782.14<br>6/23/23 - $<br>8,000.00<br>7/10/23 -<br>$18,000.00 | $28,782.14 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11.  **Eagle Supply Company, LLC**<br>**P.O. Box 4844**<br>**Syracuse, NY 13221** | 5/11/23 -<br>$15,000.00<br>6/28/23 -<br>$15,000.00 | $30,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **CHAPIN DAIRY, LLC**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.12. **Fort Morgan Veterinary Clinic** 1215 Burlington Avenue Fort Morgan, CO 80701 | 4/24/23 - $210.44 5/11/23 - $7,468.53 6/28/23 - $8,833.89 | $16,512.86 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other__ |
| 3.13. **Front Range Energy, LLC** 31375 Great Western Drive Windsor, CO 80550 | 5/10/23 - $11,274.31 5/22/23 - $14,822.98 | $26,097.29 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.14. **IBA Dairy Depot** 1461 43rd Street Unit 1 Evans, CO 80620 | 4/21/23 - $4,389.25 6/28/23 - $9,122.65 | $13,511.90 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.15. **John Deere** P.O. Box 650215 Dallas, TX 75265 | 4/21/23 - $42,292.77 | $42,292.77 | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.16. **Nathan Weathers** 32741 CR N Yuma, CO 80759 | 6/12/23 - $16,602.00 | $16,602.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.17. **Northern Feed & Bean, Inc.** P.O. Box 149 Lucerne, CO 80646 | 5/22/23 - $20,272.30 6/12/23 - $31,116.25 | $51,388.55 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.18. **On the Spot Compost** 25785 MCR 6 Weldona, CO 80653 | 7/17/23 - $10,000.00 | $10,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.19. **Pinnacol Assurance** P.O. Box 561434 Denver, CO 80256-1434 | 5/22/23 - $15,387.00 6/12/23 - $7,565.00 7/14/23 - $7,565.00 | $30,517.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |

Debtor    **CHAPIN DAIRY, LLC**       Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.20. **Quality Hoof Care, Inc.**<br>**25569 County Road 47**<br>**Greeley, CO 80631** | 5/08/23 -<br>$4,999.00<br>5/28/23 -<br>$4,236.00 | **$9,235.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.21. **Quality Water**<br>**Morgan County**<br>**P.O. Box 1218**<br>**Fort Morgan, CO 80701** | 5/19/23 -<br>$12,912.36<br>6/09/23 - $<br>9,175.40<br>6/28/23 -<br>$16,472.18 | **$38,559.94** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.22. **REA**<br>**P.O. Box 738**<br>**Fort Morgan, CO 80701** | 5/19/23 -<br>$7,156.43<br>6/14/23 -<br>$4,925.84<br>6/14/23 -<br>$5,675.43 | **$17,757.70** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.23. **Reconserve of Colorado**<br>**P.O. Box 101339**<br>**Pasadena, CA 91189** | 4/21/23 -<br>$7,674.88<br>4/28/23 -<br>$7,493.12<br>5/04/23 -<br>$7,918.93<br>5/14/23 -<br>$7,734.83<br>5/16/23 -<br>$7,745.35<br>5/22/23 -<br>$7,774.28<br>5/31/23 -<br>$7,369.26<br>6/12/23 -<br>$15,030.73<br>6/23/23 -<br>$14,089.57<br>6/27/23 -<br>$15,088.92<br>7/16/23 -<br>$14,942.05<br>5/14/23 -<br>$7,734.83<br>5/16/23 -<br>$7,745.35<br>5/22/23 -<br>$7,774.28<br>5/31/23 -<br>$7,369.26<br>6/12/23 -<br>$15,030.73 | **$112,861.92** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

| Debtor | **CHAPIN DAIRY, LLC** | Case number *(if known)* | |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.24. **Rudy's G T O** 113 Central Avenue Wiggins, CO 80654 | 4/21/23 - $3,091.09 5/22/23 - $3,561.90 6/28/23 - $7,554.54 | $14,207.53 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.25. **Simplot Grower Solutions** 18626 CR 16 Fort Morgan, CO 80701 | 5/15/23 - $15,000.00 6/20/23 - $15,000.00 | $30,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.26. **South Platte Vet Supply** 136 Right-Of-Way Road Sterling, CO 80751 | 5/22/23 - $16,020.91 | $16,020.91 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.27. **Wagner Equipment Co.** P.O. Box 919000 Denver, CO 80291 | 5/19/23 - $4,176.17 6/28/23 - $8,662.27 | $12,838.44 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.28. **West Plains, LLC** P.O. Box 489 Johnstown, CO 80534 | 5/10/23 - $16,536.20 6/28/23 - $15,000.00 | $31,536.20 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.29. **Western Hay Service** P.O. Box 665 Morrill, NE 69358 | 5/01/23 - $35,633.50 5/08/23 - $54,155.50 5/16/23 - $35,452.35 | $125,241.35 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.30. **Wilson Livestock & Equipment** P.O. Box 84 Orchard, CO 80649 | 6/12/23 - $11,666.05 6/28/23 - $ 8,432.65 7/17/23 - $12,271.90 | $32,370.60 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other___ |

| Debtor | CHAPIN DAIRY, LLC | Case number *(if known)* | |
|---|---|---|---|

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **A. Foy Chapin**<br>**8244 Highway 144**<br>**Weldona, CO 80653**<br>**Manager/Owner** | **6/24/22 -**<br>**6/9/23** | **$51,000.00** | **Draws** |
| 4.2. | **Gertrude A. Chapin**<br>**10868 Highway 144**<br>**Weldona, CO 80653**<br>**Manager** | **6/24/22 -**<br>**6/9/23** | **$26,000.00** | **Draws** |
| 4.3. | **Tiffany Dawn Chapin**<br>**107 Railroad Avenue**<br>**Weldona, CO 80653**<br>**Daughter of A. Roy Chapin** | **6/20/22 -**<br>**6/9/23** | **$24,380.58** | **Salary** |
| 4.4. | **J. Cole Chapin**<br>**25785 CR 6**<br>**Weldona, CO 80653**<br>**Son of A. Roy Chapin** | **6/24/22 -**<br>**6/9/23** | **$51,000.00** | **Management Fees** |
| 4.5. | **Camilla Lozier**<br>**8421 Highway 144**<br>**Weldona, CO 80653**<br>**Daughter of A. Foy Chapin** | **6/24/22 -**<br>**6/9/23** | **$31,776.25** | **Salary** |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor   **CHAPIN DAIRY, LLC**                                Case number *(if known)*

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Nutrien AG Solutions, Inc.**<br>**vs.**<br>**Chapin Dairy, LLC**<br>**2023CV** | **Breach of Contract** | **Mogan County District Court**<br>**400 Warner Street**<br>**Fort Morgan, CO 80701** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **There was a break in at the Weldona Post Office and Debtor's banking information was stolen. Debtor had 4 fraudulent transactions on their account, and Bank of the West reimbursed Debtor's account for 3 out of the 4 transactions.  The 4th transaction was an EFT payment of $37,198.64 to a company named NUCO2, LLC out of Florida.  Bank of the West denied Debtor's claim, and did not reimburse Debtor for these stolen funds** | **$0.00** | **5/31/23** | **$37,198.64** |

**Part 6:   Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

Debtor   **CHAPIN DAIRY, LLC**                                                 Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Allen Vellone Wolf Helfrich & Factor, PC** **1600 Stout Street** **Suite 1900** **Denver, CO 80202** | | **6/21/23** | **$25,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

   ■ No. Go to Part 9.
   ☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

Debtor   **CHAPIN DAIRY, LLC**                                                   Case number *(if known)*

16. **Does the debtor collect and retain personally identifiable information of customers?**

   ■ No.
   ☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
| --- | --- |

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- |

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
| --- | --- |

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
| --- | --- | --- | --- |
| **Riverside Milk, LLC** 28485 County Road Z Snyder, CO 80750 | **8244 Highway 144 Weldona, CO 80653** | Debtor has milking cows owned by Riverside Milk, LLC | $75,000.00 |

| Owner's name and address | Location of the property | Describe the property | Value |
| --- | --- | --- | --- |
| **Riverside Milk, LLC** 28485 County Road Z Snyder, CO 80750 | **8244 Highway 144 Weldona, CO 80653** | Skidster Tractor | $25,000.00 |

Debtor   **CHAPIN DAIRY, LLC**                                              Case number *(if known)*

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **On the Spot Compost**<br>**25785 MCR 6**<br>**Weldona, CO 80653** | **8244 Highway 144**<br>**Weldona, CO 80653** | **Tractor** | **$12,500.00** |

<div style="background:black;color:white;">**Part 12:**</div> **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

<div style="background:black;color:white;">**Part 13:**</div> **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|

Debtor   **CHAPIN DAIRY, LLC**                                     Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Joey Penfold** **JP Tax Solutions, LLC** **4627 W. 20th Street Road** **Suite B** **Greeley, CO 80634** | |
| 26a.2.  **A. Foy Chapin** **8244 Highway 144** **Weldona, CO 80653** | |
| 26a.3.  **Gertrude A. Chapin** **10868 Highway 144** **Weldona, CO 80653** | |
| 26a.4.  **Camilla Chapin** **8421 Highway 144** **Weldona, CO 80653** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Joey Penfold** **JP Tax Solutions, LLC** **4627 W. 20th Street Road** **Suite B** **Greeley, CO 80634** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **American AgCredit** **Capital Markets Branch** **5560 S. Broadway** **Eureka, CA 95503** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
■ Yes. Give the details about the two most recent inventories.

Debtor   **CHAPIN DAIRY, LLC**                                    Case number *(if known)*

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | A. Foy Chapin | 12/31/22 | $4,959,513.00 (Cattle and Feed inventory taken by A. Foy Chapin which was sent to American AgCredit, and the inventory was then valued by American Ag Credit) |
| | **Name and address of the person who has possession of inventory records** | | |
| | Debtor 8244 Highway 144 Weldona, CO 80653 | | |
| 27.2. | A. Foy Chapin | 4/30/23 | $4,252,231.00 (Cattle and Feed inventory taken by A. Foy Chapin which was sent to American AgCredit, and the inventory was then valued by American Ag Credit) |
| | **Name and address of the person who has possession of inventory records** | | |
| | Debtor 8244 Highway 144 Weldona, CO 80653 | | |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| A. Foy Chapin | 8244 Highway 144 Weldona, CO 80653 | Managing Member | 25 |
| Lucinda Chapin | 8244 Highway 144 Weldona, CO 80653 | Member | 25 |
| Gertrude A. Chapin | 10868 Highway 144 Weldona, CO 80653 | Member | 25 |
| Donald L. Chapin Trust | Gertrude Chapin, Trustee 10868 Highway 144 Weldona, CO 80653 | Member | 25 |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Debtor  **CHAPIN DAIRY, LLC**                                    Case number *(if known)*

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **A. Foy Chapin**<br>**8244 Highway 144**<br>**Weldona, CO 80653** | **$51,000.00** | **6/24/22 - 69/23** | **Draws** |
| | **Relationship to debtor**<br>**Managing Member** | | | |
| 30.2. | **Gertrude A. Chapin**<br>**10868 Highway 144**<br>**Weldona, CO 80653** | **$26,000.00** | **6/24/22 -**<br>**6/9/23** | **Draws** |
| | **Relationship to debtor**<br>**Member** | | | |
| 30.3. | **Tiffany Dawn Chapin**<br>**107 Railroad Avenue**<br>**Weldona, CO 80653** | **$24,380.58** | **6/24/22 -**<br>**6/9/23** | **Salary** |
| | **Relationship to debtor**<br>**Daughter of Managing**<br>**Member, A. Foy Chapin** | | | |
| 30.4. | **J. Cole Chapin**<br>**25785 CR 6**<br>**Weldona, CO 80653** | **$51,000.00** | **6/24/22 -**<br>**6/9/23** | **Management Fees** |
| | **Relationship to debtor**<br>**Son of Managing Member, A.**<br>**Foy Chapin** | | | |
| 30.5. | **Camilla Lozier**<br>**8421 Highway 144**<br>**Weldona, CO 80653** | **$31,776.25** | **6/24/22 -**<br>**6/9/23** | **Salary** |
| | **Relationship to debtor**<br>**Daughter of Managing**<br>**Member, A. Foy Chapin** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor   **CHAPIN DAIRY, LLC**                                                     Case number *(if known)*

---

**Part 14:**   **Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **July 24, 2023**

**/s/ A. Foy Chapin**                                    **A. Foy Chapin**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor   **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

---

**Fill in this information to identify the case:**

Debtor name    **CHAPIN DAIRY, LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

### Part 1:   Summary of Assets

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

     1a. **Real property:**
       Copy line 88 from *Schedule A/B*..........................................................................................    $     **5,962,000.00**

     1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*.....................................................................................    $     **5,287,082.03**

     1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*.......................................................................................    $    **11,249,082.03**

### Part 2:   Summary of Liabilities

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **16,157,408.75**

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

     3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $       **0.00**

     3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$    **3,145,828.69**

4.   **Total liabilities** ...............................................................................................................
    Lines 2 + 3a + 3b                $    **19,303,237.44**

**Fill in this information to identify the case:**

Debtor name   **CHAPIN DAIRY, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
     Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

| | | | |
|---|---|---|---|
| 3.1. | **Western States Bank** | **Checking** | 2472 | $104,296.98 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          $104,296.98

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**

| 11a. 90 days old or less: | 327,990.51 | - | 0.00 | = .... | $327,990.51 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

Debtor **CHAPIN DAIRY, LLC**
Name

Case number *(If known)* _____

11a. 90 days old or less: **210,000.00** - **0.00** = .... **$210,000.00**
face amount                    doubtful or uncollectible accounts

12. **Total of Part 3.**                                            **$537,990.51**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**  Investments

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
☐ Yes Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:          % of ownership | | |
| 16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |
| 16.1.  Dairy Farmers of America Stock | | $432,638.00 |

17. **Total of Part 4.**                                            **$432,638.00**
Add lines 14 through 16.  Copy the total to line 83.

**Part 5:**  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**  Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
☐ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops-either planted or harvested** | | | |
| 29. **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |

Debtor    **CHAPIN DAIRY, LLC** _____    Case number *(If known)* _____
      Name

**Livestock - Secured Creditor - American AgCredit**

| | | | |
|---|---|---|---|
| **1388 Head of Milking Cows ($1,388,000), 387 Head of Milking Cows at Riverside Milk, LLC ($387,000), 283 Head of Dry Cows ($283,000), 29 Head of Springers ($31,900), 243  Heifers Bred 6-8 months ($243,000), 190 Heifers Bred 1-5 months ($180,500), 377 Heifers 7-15 months old ($282,750), 285 Heifers 4-6 months old (128,250), and 161 Heifers 0-3 months old ($40,250)** | $0.00 | Bank Values | $2,964,650.00 |

| 30. | **Farm machinery and equipment** *(Other than titled motor vehicles)* **Equipment;  Secured Creditor - American AgCredit** | | | |
|---|---|---|---|---|
| | **1997 CAT IT28 Loader, 2005 CAT 924 Loader, 2009 CAT 930 Loader, 2012 CAT 930 Loader, 2008 JD Skidsteer,2009 Case IH 335, Tractor, 1990 PTO Generator, 2008 Lowen 5000 Honeyvac, 2011 Kubota M125 Tractor, 2010 IH 485 Tractor, 2013 Versa Bagger, 2014 Kubota L3240 Tractor, 2016 CAT 910K Loader, 2015 Case IH Puma Tractor 220, 2017 CAT 914 Loader, 2016 Mack Feeder Truck, 1026 Supreme 1400 Feed Box, JD 4955 Tractor, Kuhn Knight Manure Slinger, 2 Point Bush Hog, 2 Boss Straw Spreaders, Laird Freestall Sand Spreader, Bed Master 4 Bale Straw Spreader, Case Ecotiger Rippr, Case Clod Buster, Pull Type 20' Side Dump Trailer and other misc. equipment** | $0.00 | Market Value | $649,750.00 |
| | **1 2020 Zimmatic Sprinkler  (Secured Creditor - Diversified Financial)** | $0.00 | Market Value | $65,000.00 |
| | **4 Pivots located on Chapin Trust land** | $0.00 | Market Value | $120,000.00 |
| | **New Atlas Copco G7FF compressor  (Secured Creditor - Atlas Copco Compressors)** | $0.00 | Market Value | $11,000.00 |

| 31. | **Farm and fishing supplies, chemicals, and feed Feed Inventory:  Secured Creditor: - American AgCredit** | | | |
|---|---|---|---|---|
| | **Alfalfa Baled ($6,500); Corn Silage ($127,500), Tritacle Silage ($123,500), Straw/Corn Stalks ($1,200), Cow Grain Mix ($1,185), Soy Plus ($8,370), Flaked Corn ($6,900), Canola ($3,650), Wet Distrillers ($820), Dry Baker ($9,660)** | $0.00 | Bank Values | $289,285.00 |

32.     **Other farming and fishing-related property not already listed in Part 6**

Debtor    **CHAPIN DAIRY, LLC**                                    Case number *(If known)* _____
          Name

---

| 33. | **Total of Part 6.** | | **$4,099,685.00** |
|---|---|---|---|

Add lines 28 through 32.  Copy the total to line 85.

**34.   Is the debtor a member of an agricultural cooperative?**
■ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
          ☐ No
          ☐ Yes

**35.   Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

**36.   Is a depreciation schedule available for any of the property listed in Part 6?**
■ No
☐ Yes

**37.   Has any of the property listed in Part 6 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** | | | |
| 40.   **Office fixtures** | | | |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software** 4 computers ($960), 3 printers/copier/scanners ($300), laptop ($150) | $0.00 | Market value | $1,410.00 |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| 43. | **Total of Part 7.** | | **$1,410.00** |
|---|---|---|---|

Add lines 39 through 42.  Copy the total to line 86.

**44.   Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

**45.   Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| Debtor | **CHAPIN DAIRY, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **Titled Farm Vehicles:**<br>**2002 Ford Ranger Pickup ($2,000), 2001 Mack CH613 Truck ($10,000), 1971 Kenworth Truck ($2,000), 2005 GMC Sierra ($6,000), 1999 Temco Trailer ($2,000), 1995 Titan Trailer ($2,000), 1988 Raven Flatbed ($2,000), 1979 48'Flatbed ($5,000), 2000 Ford F350 Pickup ($5,000), and a Circle D Stock Trailer ($11,000)** | **$0.00** | | **$47,000.00** |

**48. Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49. Aircraft and accessories**

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51. Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

| | |
|---|---|
| | **$47,000.00** |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
- ■ No
- ☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

- ☐ No.  Go to Part 10.
- ■ Yes Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| | | | | |

Debtor    **CHAPIN DAIRY, LLC**                                    Case number *(If known)* _____
          Name

| | | | |
|---|---|---|---|
| 55.1. | **8244 Highway 144, Weldona, CO and 1450 cow dairy with 320 acres plus water rights (Secured Creditor - American AgCredit)** | **$0.00** | **$4,782,000.00** |
| 55.2. | **8421 Highway 144, Weldona, CO - 80 acres of land - W 1/2 NW 1/4 Section 33 with a home (Secured Creditor - American AgCredit)** | **$0.00** | **$680,000.00** |
| 55.3. | **7709 Highway 144, Weldona, CO - Lot 2 Hotchkis Subdivision, Section 29 - home on 2.9 acres  (Secured Creditor - American AgCredit)** | **$0.00** | **$200,000.00** |
| 55.4. | **7431 Highway 144, Weldona, CO - 90' x 200' shop, Section 25 - 4 acres  (Secured Creditor - American AgCredit)** | **$0.00** | **$100,000.00** |
| 55.5. | **10868 Highway 144, Weldona, CO - Section 16 4N - 7.0 acres** | **$0.00** | **$200,000.00** |

56.    **Total of Part 9.**                                                                       **$5,962,000.00**
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ☑ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☑ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

| Debtor | **CHAPIN DAIRY, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| **71.**  **Notes receivable** <br> Description (include name of obligor) | |
| **72.**  **Tax refunds and unused net operating losses (NOLs)** <br> Description (for example, federal, state, local) | |
| **73.**  **Interests in insurance policies or annuities** | |
| **74.**  **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| **75.**  **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** <br> **Debtor prepaid for Silage from Good Forage and overpaid them $26,863.90.  Debtor has a credit now with Good Forage.  Good Forage was supposed to deliver more silage but has failed to do so.** | $26,862.90 |
| Nature of claim | |
| Amount requested                         $0.00 | |
| **Theft claim against NUCO2, LLC.  Fraudulent transaction in Debtor's bank account at Bank of the West in the form of an EFT payment to NUCO2, LLC.  Possible claim against Bank of the West related to this transaction.** | $37,198.64 |
| Nature of claim          Theft | |
| Amount requested                         $0.00 | |
| **76.**  **Trusts, equitable or future interests in property** | |
| **77.**  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| **78.**  **Total of Part 11.** <br> Add lines 71 through 77. Copy the total to line 90. | $64,061.54 |

**79.**  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor   **CHAPIN DAIRY, LLC**
_____          Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $104,296.98 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $537,990.51 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $432,638.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $4,099,685.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,410.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $47,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................> | | $5,962,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $64,061.54 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,287,082.03 | + 91b. $5,962,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $11,249,082.03 |

**Fill in this information to identify the case:**

Debtor name   **CHAPIN DAIRY, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | Amount of claim<br>Do not deduct the value of collateral. | Value of collateral that supports this claim |

| 2.1 | **American AgCredit**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Mortgage loan, loans and commercial line of credit secured by land, livestock, feed and equipment and guarantee of Riverside Milk, LLC debt to American AgCredit** | **$16,033,602.89** | **$10,051,885.00** |

**4505 West 29th Street**
**Greeley, CO 80634**
Creditor's mailing address

Describe the lien
**Lien**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**3525**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 | **Atlas Copco Compressors, LLC**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**New Atlas Copco G7FF compressor (Secured Creditor - Atlas Copco Compressors)** | $10,875.59 | $11,000.00 |

**48430 Milmont Drive**
**Fremont, CA 94538**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**April 2023**
**Last 4 digits of account number**
**5247**

Debtor   **CHAPIN DAIRY, LLC**
     Name                                          Case number (if known) _____

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☑ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

**2.3** | **Diversified Financial Services, LLC**
Creditor's Name

**14010 First National Bank Parkway**
**Suite 400**
**Omaha, NE 68154**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**3/9/20**
**Last 4 digits of account number**
**7001**

**Describe debtor's property that is subject to a lien**
**1 2020 Zimmatic Sprinkler  (Secured Creditor - Diversified Financial)**

$62,373.15      $65,000.00

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.4** | **Morgan County Treasurer**
Creditor's Name

**231 Engsin Street**
**P.O. Box 593**
**Fort Morgan, CO 80701**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Taxes owed on real estate**

$50,557.12      $0.00

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $16,157,408.75

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 2 of 3

Debtor   **CHAPIN DAIRY, LLC**                                        Case number (if known) _____
      Name

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Lucas L. Schneider, Esq.**<br>**Stinson LLP**<br>**1144 15th Street, Suite 2400**<br>**Denver, CO 80202** | Line __2.1__ | |

**Fill in this information to identify the case:**

Debtor name **CHAPIN DAIRY, LLC**

United States Bankruptcy Court for the: **DISTRICT OF COLORADO**

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**ABS Global, Inc.**<br>**Box 22144**<br>**Network Place**<br>**Chicago, IL 60673**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Vendor**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$16,413.55** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Ade Loomis**<br>**25530 CR 14**<br>**Weldona, CO 80653**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Vendor**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$21,812.35** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**Aden Brook**<br>**P.O. Box 217**<br>**Montgomery, NY 12549**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Vendor**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$7,906.00** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Agfinity, Inc.**<br>**4065 St. Cloud Drive**<br>**Suite 100**<br>**Loveland, CO 80538**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Vendor**<br><br>Is the claim subject to offset? ☑ No  ☐ Yes | **$543,502.36** |

| Debtor | **CHAPIN DAIRY, LLC** | | Case number (if known) | |
| | Name | | | |

---

**3.5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$79,605.43**

**Agricultural Products Extension, LLC**
P.O. Box 74510
Cleveland, OH 44194

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,948.49**

**Anthem Blue Cross & Blue Shield**
P.O. Box 51011
Los Angeles, CA 90051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Insurance__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$63,157.00**

**Bank of the West**
P.O. Box 515274
Los Angeles, CA 90051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Loan__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$136,947.35**

**Bath, Keith**
16134 MCR 22
Fort Morgan, CO 80701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$65,089.95**

**Baugh, David**
25192 County Road 4
Weldona, CO 80653

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,740.00**

**Better Forage**
**Mountain West Tarp & Cover**
P.O. Box 188
Haxtun, CO 80731

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,664.33**

**Bijou Farms, Inc.**
74 Bachar Drive
Fort Morgan, CO 80701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **CHAPIN DAIRY, LLC**                                    Case number *(if known)* _____
           _____
           Name

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,101.57 |

**Castor, Todd**
**25450 MCR 10**
**Weldona, CO 80653**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,129.20 |

**Cerfified Laboratories**
**23251 Network Place**
**Chicago, IL 60673**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $241.36 |

**Country Hardware**
**218 Main Street**
**Wiggins, CO 80654**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,528.75 |

**Crone Farms & Trucking**
**18987 MCR V**
**Fort Morgan, CO 80701**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $78.02 |

**Cumberland Valley Analytical Service Inc**
**P.O. Box 669**
**Maugansville, MD 21767**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,263.44 |

**Dairy Authority, LLC**
**8215 W. 20th Street**
**Unit A**
**Greeley, CO 80634**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $328,440.67 |

**Dairy Specialists, LLC**
**3309 Empire Street**
**Evans, CO 80620**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **CHAPIN DAIRY, LLC**                                         Case number (if known) _____
     Name

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66.02 |
|---|---|---|---|

**DHI Computing Services, Inc.**
P.O. Box 51427
Provo, UT 84605

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $110,246.44 |
|---|---|---|---|

**Eagle Supply Company, LLC**
P.O. Box 4844
Syracuse, NY 13221

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,849.82 |
|---|---|---|---|

**Front Range Energy, LLC**
31375 Great Western Drive
Windsor, CO 80550

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $200,000.00 |
|---|---|---|---|

**Gertrude A. Chapin**
10868 Highway 144
Weldona, CO 80653

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Loan__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,304.90 |
|---|---|---|---|

**Kroskob Farms**
11491 MCR 12
Fort Morgan, CO 80701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,858.16 |
|---|---|---|---|

**L&P Commodities**
2374 Leafdale Circle
Castle Rock, CO 80109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $33,333.00 |
|---|---|---|---|

**LL Stinton, LLC**
22696 SW Kruger Rd.
Sherwood, OR 97140

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Vendor__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **CHAPIN DAIRY, LLC**                                    Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$59,151.20** |

**3.26** | **Nonpriority creditor's name and mailing address**

**Lorenzini Farms**
**10222 MCR Y**
**Weldona, CO 80653**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$59,151.20**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address**

**MS Biotec**
**P.O. Box 737126**
**Dallas, TX 75373**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$435.53**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address**

**Northern Feed & Bean, Inc.**
**P.O. Box 149**
**Lucerne, CO 80646**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$317,459.84**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address**

**Nutrien AG Solutions, Inc.**
**22282 Highway 34**
**Fort Morgan, CO 80701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$128,776.46**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Default Judgment__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address**

**On the Spot Compost**
**25785 MCR 6**
**Weldona, CO 80653**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$10,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address**

**Quad County**
**1205 E. Burlington Ave.**
**Weldona, CO 80653**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$400.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address**

**Quality Hoof Care, Inc.**
**25569 County Road 47**
**Greeley, CO 80631**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*   **$8,958.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Vendor__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **CHAPIN DAIRY, LLC**                                         Case number *(if known)* _____
     Name

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,366.26 |
|---|---|---|---|

**Quality Water**
**Morgan County**
P.O. Box 1218
Fort Morgan, CO 80701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $42,525.96 |
|---|---|---|---|

**Reconserve of Colorado**
P.O. Box 101339
Pasadena, CA 91189

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,800.00 |
|---|---|---|---|

**Rocky Mountain Silage**
P.O. Box 200514
Evans, CO 80620

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,437.51 |
|---|---|---|---|

**Rudy's G T O**
113 Central Avenue
Wiggins, CO 80654

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $699.70 |
|---|---|---|---|

**Salisbury Supply Co.**
119 S. Main Street
P.O. Box 887
Fort Morgan, CO 80701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48,921.00 |
|---|---|---|---|

**Schaffert, Terri Lynn**
39137 CR 32
Otis, CO 80743

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $49,950.89 |
|---|---|---|---|

**Simplot Grower Solutions**
18626 CR 16
Fort Morgan, CO 80701

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **CHAPIN DAIRY, LLC**
    Name

Case number (if known) _____

| | |
|---|---|
| 3.40 **Nonpriority creditor's name and mailing address**<br>**South Platte Vet Supply**<br>**136 Right-Of-Way Road**<br>**Sterling, CO 80751**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*  **$383,242.17**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Vendor__<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.41 **Nonpriority creditor's name and mailing address**<br>**Superior Irrigation & Electric, LLC**<br>**115 E. Central Avenue**<br>**Wiggins, CO 80654**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*  **$2,574.19**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Vendor__<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.42 **Nonpriority creditor's name and mailing address**<br>**Wagner Equipment Co.**<br>**P.O. Box 919000**<br>**Denver, CO 80291**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*  **$5,836.06**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Vendor__<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.43 **Nonpriority creditor's name and mailing address**<br>**West Plains, LLC**<br>**P.O. Box 489**<br>**Johnstown, CO 80534**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*  **$84,372.56**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Vendor__<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.44 **Nonpriority creditor's name and mailing address**<br>**Western Hay Service**<br>**P.O. Box 665**<br>**Morrill, NE 69358**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*  **$220,126.95**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Vendor__<br><br>Is the claim subject to offset? ■ No ☐ Yes |
| 3.45 **Nonpriority creditor's name and mailing address**<br>**Wilson Livestock & Equipment**<br>**P.O. Box 84**<br>**Orchard, CO 80649**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | As of the petition filing date, the claim is: *Check all that apply.*  **$9,566.25**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Vendor__<br><br>Is the claim subject to offset? ■ No ☐ Yes |

**Part 3:** **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Lauren M. Taylor, Esq.**<br>**233 S. 13th Street**<br>**1900 U.S. Bank Building**<br>**Lincoln, NE 68508** | Line  **3.44**<br><br>☐ Not listed. Explain ____ | _ |

Debtor **CHAPIN DAIRY, LLC**
_____
Name

Case number (if known) _____

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.2 **Michael C. Payne, Esq.**<br>**Coan, Payton & Payne, LLc**<br>**1711 61st Avenue, Suite 100**<br>**Greeley, CO 80634** | Line **3.29**<br><br>☐ Not listed. Explain ____ | _ |

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 3,145,828.69 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 3,145,828.69 |

**Fill in this information to identify the case:**

Debtor name    **CHAPIN DAIRY, LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | **Retail Installment Contract dated 3/9/20 $1,386.07 per month for 83 months beginning 4/24/20** | |
| State the term remaining | **4 years** | **Diversified Financial Services, LLC 14010 First National Bank Parkway Suite 400 Omaha, NE 68154** |
| List the contract number of any government contract | | |

Official Form 206G          **Schedule G: Executory Contracts and Unexpired Leases**          Page 1 of 1

**Fill in this information to identify the case:**

Debtor name   **CHAPIN DAIRY, LLC**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                              *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | A. Foy and Lucinda Chapin | 8244 Highway 144 Weldona, CO 80653 | American AgCredit | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.2 | Donald L. Chapin Trust | Trustee - Gertrude A. Chapin 8244 Highway 144 Weldona, CO 80653 | American AgCredit | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.3 | Gertrude A. Chapin | 10868 Highway 144 Weldona, CO 80653 | American AgCredit | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **CHAPIN DAIRY, LLC**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __July 24, 2023__         X /s/ A. Foy Chapin
                                          Signature of individual signing on behalf of debtor

                                          **A. Foy Chapin**
                                          Printed name

                                          **Manager**
                                          Position or relationship to debtor

Official Form 202                    **Declaration Under Penalty of Perjury for Non-Individual Debtors**

# United States Bankruptcy Court
## District of Colorado

In re  **CHAPIN DAIRY, LLC**

Debtor(s)

Case No. _____

Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **A. Foy Chapin**<br>**8244 Highway 144**<br>**Weldona, CO 80653** | | | **25%** |
| **Donald L. Chapin Trust**<br>**Gertrude A. Chapin, Trustee**<br>**8244 Highway 144**<br>**Weldona, CO 80653** | | | **25%** |
| **Gertrude A. Chapin**<br>**10868 Highway 144**<br>**Weldona, CO 80653** | | | **25%** |
| **Lucinda G. Chapin**<br>**8244 Highway 144**<br>**Weldona, CO 80653** | | | **25%** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **July 24, 2023** _____

Signature  **/s/ A. Foy Chapin** _____

**A. Foy Chapin**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### District of Colorado

In re   **CHAPIN DAIRY, LLC** _____

Debtor(s)

Case No. _____

Chapter   **11** _____

## VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **July 24, 2023** _____

**/s/ A. Foy Chapin** _____

**A. Foy Chapin**/**Manager**
Signer/Title